# EXHIBIT 2

PROVISIONAL CHARTER HIRE SUMMARY

| | | | | | | | CHARTERERS' ACCOUNT | OWNERS' ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| DATE: | 19-Feb-21 | | | | | | | |
| M/V | **OCEAN FORCE** | | | C/P: | | | | |
| CHRTRS: | **PRIMETRANSPORT** | | | HIRE | 5th HIRE | | | |

| From | To | Days | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| 13/12/20  05:00 | 26/02/21  05:00 | 75.00000 | @  $ | 6,100.00 | / day | | | $ 457,500.00 |

OFF-HIRES:

| From / ifo, mt | To / mdo,mt | Lost | % | Days | Rate | | | |
|---|---|---|---|---|---|---|---|---|

DELIVERY BUNKERS:

| | 157.500 | MT LSGO @ | | $ | 610.00 | /MT | | $ 96,075.00 |
|---|---|---|---|---|---|---|---|---|

REDELIVERY BUNKERS:

| | 18.500 | MT LSGO @ | | $ | 610.00 | /MT | $ 11,285.00 | |
|---|---|---|---|---|---|---|---|---|

OFF-HIRE BUNKERS:

| | - | MT LSGO @ | | $ | 610.00 | /MT | $ - | |
|---|---|---|---|---|---|---|---|---|

| | | | | | Date | | | |
|---|---|---|---|---|---|---|---|---|
| OWNERS EXPENSES: | | | | cash to master | 15.01.2021 | | $ 6,000.00 | |

ON HIRE BUNKER SURVEY

CHARTERERS EXP
gre

PAYMENTS:

| | | Date | | |
|---|---|---|---|---|
| | | 12/4/2020 | $ | 91,500.00 |
| | | 1/4/2021 | $ | 91,500.00 |
| | | 1/15/2021 | $ | 85,500.00 |
| | | 2/1/2021 | $ | 91,500.00 |

| SUB-TOTALS: | | | $ 377,285.00 | $ 553,575.00 |
|---|---|---|---|---|
| | **BALANCE DUE TO OWNERS:** | | **$176,290.00** | |
| TOTALS: | | | $ 553,575.00 | $ 553,575.00 |