# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REDBRICK VENTURES LTD. and PRIMESHIPPING INTERNATIONAL § § § § Plaintiffs, § vs. § § CAC MARITIME LTD. and § STIEGLER SHIPPING COMPANY INC. § § § Defendants § | | Case No. **IN ADMIRALTY** |

### Attorney Declaration

This affidavit is executed by David M. McQuiston, counsel for Plaintiffs, REDBRICK VENTURES LTD. and PRIMESHIPPING INTERNATIONAL (hereinafter collectively referred to as "Plaintiffs") in order to secure the issuance of a Process of Maritime Attachment and Garnishment in the above-captioned admiralty action. Pursuant to 28 U.S.C. § 1746. I, David M. McQuiston, declare under the penalty of perjury:

I am an attorney with the firm of Thomas, Rhodes & Cowie P.C., attorneys for Plaintiffs in the above referenced matter. I am admitted to practice in the Western District of Pennsylvania.

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of Defendants CAC Maritime Ltd. and Stiegler Shipping Company Inc. (hereinafter collectively referred to as "Defendants"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of Defendants in this

District.

I have directed attorneys in my firm to check with the office of the Pennsylvania Secretary of State, using the Secretary of State's database, and have determined that, as of February 19, 2021 Defendants are not incorporated pursuant to the laws of Pennsylvania, and have not nominated any agent for the service of process within the State.

I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

I have directed attorneys in my firm to engage in a Google search as to whether the Defendants can be located within this District. The Google search results did not provide any information that the Defendants are located in District.

I am unaware of any general or managing agent(s) within this District for the Defendants.

I have been able to determine that the Defendants have not appointed an agent for service of process within the state of Pennsylvania and that I have found no indication that the Defendants can be found within this District for the purposes of Rule B. I have formed a good faith belief based on the investigation of the attorneys under my direction that Defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by attorneys in my firm under my direction that the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: February 19, 2021
      Pittsburgh, PA

                                                */s/ David M. McQuiston*
                                                David M. McQuiston