# EXHIBIT 4

# Full Detail Payment Activity Report



**PNC**

**Value/Send Date: 01/29/2021**                                                                01/29/2021 01:17:06 PM

| Account Summary | 3120495216 | | STIEGLER SHIPPING CO., INC. | | | | Amount | Count |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Total Debits :** | 91,500.00  USD | 1 |

| Account | Trace ID | Template ID | Template Name | Type | Value / Send Date | Beneficiary | Amount | Status | Fed Ref No. |
|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | 202101027089 | | | International | 1/29/2021 | PRIME TRANSPORT COMPANY OU | 91,500.00  USD | Confirmed | 009580 |

**Beneficiary Bank**
ID: CIMMCHGG
Name: C.I.M. BANQUE
Address: GENEVA
Code: SW 8822

**Intermediary Bank**
ID: CHASUS33
Name: JPMORGAN CHASE BANK, N.A.
Address: NEW YORK

**Bank Reference Number**
211TH2653ONVB021

**External Reference Number**
0129MMQFMPNB009580

**Beneficiary Information**
Account: ▇▇▇▇▇
Address: HARJU MAAKOND, TALLIN
KESKLINNA LINNAOSA, MASINA TN
22, 10113

Charge Party: BENEFICIARY
RFB: OCEAN FORCE
OBI: ACCT: CAC MARITIME - 4TH HIRE

**Audit History**
Initiated by: Gary Stiegler 01/28/2021 03:43 PM ET
Modified by: GARY STIEGLER 01/29/2021 12:24 PM ET
Approved by: Gary Stiegler 01/29/2021 12:26 PM ET
Received by: BANK 01/29/2021 12:26 PM ET
Confirmed by: BANK 01/29/2021 01:16 PM ET

| Grand Totals | | Amount | Count |
|---|---|---|---|
| | **Total Debits :** | 91,500.00  USD | 1 |