UNITED STATES DISTRICT COURT  WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REDBRICK VENTURES LTD. and § | | |
| PRIMESHIPPING INTERNATIONAL § | | |
| § | Case No. 2:21-cv-249-WSS | |
| Plaintiffs, § | | |
| vs. § | **IN ADMIRALTY** | |
| § | | |
| CAC MARITIME LTD. and § | | |
| STIEGLER SHIPPING COMPANY INC. § | | |
| § | | |
| § | | |
| Defendants § | | |

## ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Having reviewed and considered Plaintiffs REDBRICK VENTURES LTD. and PRIMESHIPPING INTERNATIONAL'S Motion for Issuance of Process of Maritime Attachment and Garnishment and Verified Complaint, together with the Attorney Declaration that the Defendants cannot be found within the District, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

**ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Western District of Pennsylvania, or other designated process server, to attach all property, tangible or intangible, belonging to Defendants CAC MARITIME LTD and/or STIEGLER SHIPPING COMPANY INC. comprised of debts, credits, or effects including but not limited to: bank accounts, checks, payments made to, held or which may be receivable by, the said garnishees on behalf of the said Defendants, monies, disbursement advances, goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to, claimed by, or held for the benefit of, the Defendants, within this District in an

amount up to **USD $655,727.18** pursuant to Supplemental Rule B and the same be attached as may be found in the possession, custody or control of the garnishee(s) or which are found in the possession or control of specific garnishee, to wit: PNC Bank Corp.; and

**ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiffs and without further order of this Court; and

**ORDERS** that following initial service by the U.S. Marshal or other designated process server upon the garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to the garnishee; and

**ORDERS** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and

**ORDERS** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) the garnishee may consent, in writing, to accept service by any other means.

**ORDERS** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

**ORDERS** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

**SO ORDERED**.

Dated: _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE