UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANNIA
Case No. 2:21-cv-249-WSS

Redbrick Ventures Ltd. and Primeshipping International

vs.

CAC Maritime Ltd. and Stiegler Shipping Company Inc.,

**SUMMONS AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: SPECIALLY APPOINTED PROCESS SERVER:

GREETING:

In a certain action to recover damages due and owing the said Plaintiff amounting to approximately **USD 655,727.18**, and praying that a Writ of Attachment and Garnishment be issued against the Defendant pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and

**WHEREAS**, the Court reviewed the Verified Complaint and Declaration and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment against the said Defendants attaching property believed to be in the hands of garnishee PNC Bank Corp.;

**WHEREAS**, this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer within twenty-one (21) days after service of process upon him and requires that a defendant shall serve his answer within thirty (30) days after process has been executed, whether by attachment of property or service on the garnishee,

**NOW, THEREFORE**, we do hereby empower, strictly charge and command you, that if said Defendants cannot be found within the District, you attach all tangible or intangible property of Defendants CAC Maritime Ltd. and Stiegler Shipping Company Inc. comprised of debts, credits, or effects including but not limited to: bank accounts, checks, payments made to, held or which may be receivable by, the said garnishee on behalf of the said Defendants, monies, disbursement advances, payments for goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to, claimed by, or held for the benefit of, the Defendants, located and to be found at **PNC Bank Corp.**, The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA, 15222 and in the hands of PNC Bank Corp., the garnishee up to the amount sued for, to-wit: **USD 655,727.18** and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

**WITNESS**, the Honorable Judge _____, Judge of said Court, this the _____ day of _____ 2021.

By: _____
Clerk

By: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty And Maritime Claims of the Federal Rules of Civil Procedure