**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REDBRICK VENTURES LTD. and <br> PRIMESHIPPING INTERNATIONAL <br><br> Plaintiffs, <br> vs. <br><br> CAC MARITIME LTD. and <br> STIEGLER SHIPPING COMPANY INC. <br><br> Defendants | § § § § § § § § § § § § | Case No. 2:21-cv-249-WSS <br><br> **IN ADMIRALTY** |

**ORDER GRANTING SPECIAL PROCESS SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, wherein Plaintiff requested the Court appoint a member of the firm, or a third party process service, who are over the age of 18 and not parties to this action, as a special process server, and award such other and further relief as the Court may deem appropriate in the circumstances, it is hereby:

**ORDERED**, that any agent and/or employee of Thomson Rhodes Cowie P.C., or a third-party process service, or any other person or organization having authority, who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee PNC Bank Corp. at a branch location that will accept service.

**IT IS FURTHER ORDERED** that in light of the ongoing national pandemic, a copy of the Process of Maritime Attachment and Garnishment and Order of Maritime Attachment may be served by verifiable electronic means including but not limited to facsimile or e-mail.

1

SIGNED this _____ day of _____, 2021.

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE