IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.: |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its § | |
| engines, tackle and apparel, § | |
| § | |
| Defendant *in rem*. § | |

**VERIFIED COMPLAINT WITH REQUEST
FOR ISSUE OF WARRANT OF ARREST**

CAC Maritime, Ltd. ("CAC") brings this action against defendant OCEAN FORCE, IMO 8215613, its engines, tackle and apparel ("Vessel"), *in rem*, pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims states as follows:

**Jurisdiction and Venue**

1.  This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).

2.  Venue is proper in this District because the Vessel is located in this District.

**The Parties**

3.  CAC is a vessel charterer located in Panama.

4.  The Vessel is an ocean-going roll on-roll off vessel.

**Facts**

5.  On or about December 23, 2020 CAC chartered the Vessel from the Vessel's owners, Redbrick Ventures, Inc. c/o Primeshipping International, BVI corporation, office, ofis 301N, ul Very Inber 5, Odessa, 65014, Ukraine ("Owners"), taking possession of the Vessel at or near Fall River, Massachusetts. Almost immediately, CAC began to experience problems with

27727076.1

- 2 -

the Vessel and cargo.  Owners had represented that the Vessel would have some small amount of Owners' equipment aboard, but instead, it was cargo; there were aboard (and remain aboard) four 40 foot containers, and two twenty foot containers, filled with hazardous cargo.

6.  Because Owners had failed to unload the excess cargo from the Vessel, the Vessel could not fully load cargo at Fall River, causing CAC to lose profits; then proceeded to St. Martin and then to Guadaloupe, but experienced delays in loading.  The Vessel then proceeded to Jacumel, Haiti, where it was supposed to unload cargo, but did not because of problems with the port there.  The Vessel then proceeded from Jacumel to Wilmington, to take on further cargo.

7.  On arrival at Wilmington, however, the Vessel could not take on the cargo to be loaded because the Vessel still had failed to discharge the unload cargo at Haiti and also was carrying the six containers, left on the Vessel from a prior voyage and prior to the Charter Party with CAC.

8.  The Vessel consequently was not fit for its purpose, namely, not being cleared with cargo before the Charter Party, and then failing to loading cargo and timely proceeding as required by the Charter Party.

9.  CAC has suffered damages from this breach of charter party, as demanded below.

### Count I – Breach of Maritime Contract

9.  CAC incorporates the above paragraphs as if fully set forth herein.

10.  Owners of the Vessel have breached their maritime contract, namely, the Charter Party, with CAC as set out above.  CAC therefore demands judgment against the Vessel, as set out more fully below.

27727076.1

### Count II – Maritime Lien In Rem Against the Vessel and Proceeds

11. CAC incorporates the above paragraphs as if fully set forth herein.

12. CAC as a consequence of the breach of charter party holds maritime liens *in rem* against the Vessel and proceeds. CAC therefore demands judgment against the Vessel and proceeds, as set out more fully below.

### Prayer for Relief

WHEREFORE, CAC prays:

A. That in response to Count I, this Court enter judgment against the Vessel and in favor of CAC for at least $500,000, and contractual interest plus further amounts for attorneys' fees of at least $150,000, **total, $650,000**.

B. In response to Count II, that this Court order that the *in rem* claims against the Vessel of CAC proceed against the Vessel, *in rem*, and that on judgment CAC's maritime lien claims *in rem* be paid from the proceeds, in the amount of at least that demanded above;   and

C. That this Court award CAC such other and further relief that this Court deems just and proper.

|  |  |
|---|---|
| **OF COUNSEL** | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Timothy Jay Houseal* |
| J. Stephen Simms | _____ |
| Simms Showers LLP | Timothy Jay Houseal (Del. Bar ID No. 2880) |
| 201 International Circle, Ste. 250 | Rodney Square |
| Baltimore, Maryland 21030 | 1000 North King Street |
| Telephone:   (410) 783-5795 | Wilmington, DE 19801 |
| Facsimile:    (410) 510-1789 | (302) 571-3267 |
| jssimms@simmsshowers.com | thouseal@ycst.com |
| Dated:  February 12, 2021 | *Attorneys for CAC Maritime Ltd.* |

- 4 -

## **VERIFICATION**

I am a Principal of the law firm Simms Showers LLP, of counsel to CAC.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of CAC made available to me by CAC. Authorized officers of CAC are not readily available in this District to make verifications on CAC' behalf.  I am authorized to make this verification on CAC's behalf.

        Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

        Executed on February 12, 2021.

        */s/ J. Stephen Simms*
        J. Stephen Simms
        Simms Showers LLP
        201 International Circle
        Baltimore, Maryland 21030
        Tel:  410-783-5795
        Email: jssimms@simmsshowers.com

27727076.1



**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

February 12, 2021

Mr. John A. Cerino, Clerk
United States District Court
for the District of Delaware
844 N. King Street, #18
Wilmington, DE 19801

      Re:    <u>CAC Maritime, Ltd. v. M/V OCEAN FORCE, IMO 8215613</u>

Dear Mr. Cerino:

    As Counsel for CAC Maritime, Ltd., ("CAC") I write to request expedited handling of our motion to issue the Rule C ship arrest warrant.

    Plaintiff has filed an action for breach of maritime contracts. The requested writ seeks to arrest the Vessel M/V OCEAN FORCE, which is at anchor in this District but may be departing as soon as today.

    Supplemental Admiralty and Maritime Rule C provides for the immediate issue of a vessel arrest warrant. If the warrant is delayed, the Vessel may depart the District before the issuance and service of the warrant.

    Plaintiff CAC respectfully requests that the motion for warrant of arrest be handled on an expedited basis and transmitted today to the Court for consideration and entry.

                                          Respectfully submitted,

                                          */s/ Timothy Jay Houseal*

                                          Timothy Jay Houseal (DE. I.D. #2880)

cc:  J. Stephen Simms, Esq.

27727176.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CAC Maritime, Ltd.

**(b)** County of Residence of First Listed Plaintiff: Panama
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Timothy Jay Houseal, YOUNG CONAWAY STARGATT & TAYLOR LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, (302) 571-6682

## DEFENDANTS
M/V OCEAN FORCE

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1333

Brief description of cause:
Breach of Maritime Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 650,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 2/12/2021 | /s/ Timothy Jay Houseal (Del. Bar ID No. 2880) |

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE