IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REDBRICK VENTURES LTD. and § <br> PRIMESHIPPING INTERNATIONAL § <br> § <br> Plaintiffs, § <br> vs. § <br> § <br> CAC MARITIME LTD. and § <br> STIEGLER SHIPPING COMPANY INC. § <br> § <br> § <br> Defendants § | | Case No. 2:21-cv-00249-WSS <br><br> Hon. William S. Stickman IV |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiffs, as to all Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not filed an answer or motion for summary judgment in this action.  No costs to be assessed to any party.

Dated: Pittsburgh, PA
       March 3, 2021                THOMSON, RHODES & COWIE, P.C.

                                        By:   /s/ David M. McQuiston, Esq.
                                                 David M. McQuiston
                                                 Two Chatham Center, 10th Floor
                                                 Pittsburgh, PA 15219-3499
                                                 (412) 316-8661
                                                 (412) 232-3498
                                                 dmcquiston@trc-law.com

                                                 *Attorneys for Plaintiffs Redbrick Ventures*
                                                 *Ltd. and Primeshipping International*